Exhibit 1

HealthPort
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000


**HealthPort.**
INVOICE

Invoice #: 0052264927
Date: 12/30/2008
Customer #: 1296200

| Ship to: | Bill to: | Records from: |
|---|---|---|
| PAUL M SILVA MD<br>GLINN SOMERA AND SILVA<br>212 N FEDERAL HWY<br>SOMERA SILVA BUILDING<br>DEERFIELD BEACH, FL 33441- | PAUL M SILVA MD<br>GLINN SOMERA AND SILVA<br>212 N FEDERAL HWY<br>SOMERA SILVA BUILDING<br>DEERFIELD BEACH, FL 33441- | ADVANCED DATA PROCESSING INC<br>520 NW 165TH STREET SUITE 201<br>MIAMI, FL 33169 |

Requested By: GLINN SOMERA AND SILVA       DOB:       100275
Patient Name: QUERUBIN,JUAN

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 4.00 |
| Retrieval Fee | | | 1.00 |
| Per Page Copy (Paper) 1 | 1 | 1.00 | 1.00 |
| QuickView Delivery Fee | | | 2.00 |
| Subtotal | | | 8.00 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 8.00 |
| Less Payment | | | 8.00 |
| Balance Due | | | 0.00 |

Pay your invoice online at www.HealthPortPay.com

Terms: Net 30 days

----- ✂ -----

HealthPort
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

Invoice #: 0052264927

Check # _____
Payment Amount $ _____

## Please return stub with payment.
Please include invoice number on check.
To pay invoice online, please go to www.HealthPortPay.com or call (770) 754 6000.

Dec. 4. 2008 11:47AM          No. 0181   P. 1

B/S
12/11/08

TRIAL LAWYERS

FRANKLYN B. GLINN
PETER J. SOMERA, JR.
PAUL M. SILVA, M.D., J.D.

JUSTIN B. BENNETT, J.D., LL.M.
MICHAEL F. AMEZAGA

CHIEF INVESTIGATOR:
JOSEPH A. SARAKINIS

# GLINN SOMERA & SILVA
### SINCE 1969

SOMERA SILVA BUILDING
212. N. FEDERAL HIGHWAY
DEERFIELD BEACH, FL 33441

TEL       954.426.5553
FAX       954.426.6646
MIAMI OFFICE  305.864.5100

**PLEASE FAX BACK AS SOON AS POSSIBLE WITH AN ITEMIZED STATEMENT. THANKS**

December 4, 2008

**VIA FACSIMILE FAX# (305) 521-0773**
Palm Beach County Fire Rescue
50 South Military Trail, Suite 101
West Palm Beach, FL 33415

RE:  Your Patient/Our Client:   Juan Querubin
     D.O.B.:                    10/02/1975
     Date of Accident:          September 21, 2008
     Dates of Service:          From 09/21/2008 through present
     Account No.:               876908-01

Dear Sir or Madam:

Please allow this letter to serve as our request for your **COMPLETE ITEMIZED BILL** for the above-captioned patient. Please send the bill via return fax **to 954-426-6646.** I have attached appropriate authorization for your file. **Also please complete the section below where indicated.**

Very truly yours,

Marina Sarakinis, Legal Assistant to
Paul M. Silva, M.D., J.D.

Account No.:_____

Total Bill:_____ Is client still treating?_____ Date of last visit_____.

Payments made_____ by_____
Payments made_____ by_____
Payments made_____ by_____

Total Balance_____ Name of Facility:

Authorized Signature_____Dated:_____

Printed Name_____

NOTICE TO RECIPIENT: The information contained in this facsimile message is attorney privileged and confidential information intended only for the use of the individual(s) or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone, and return the original message to us at the above address via the U.S. Postal Service. Thank you.

PB876908-01

TRIAL LAWYERS

FRANKLYN B. GLINN
PETER J. SOMERA, JR.
PAUL M. SILVA, M.D., J.D.
JUSTIN B. BENNETT, J.D., LL.M.

CHIEF INVESTIGATORS
JOSEPH A. SARAJUNIS
MICHAEL J. SICHENZIA

# GLINN SOMERA & SILVA
___SINCE 1969___

SOMERA SILVA BUILDING
212 N. FEDERAL HIGHWAY
DEERFIELD BEACH, FL 33441

TEL          954.426.5553
FAX          954.426.6646
MIAMI OFFICE 305.854.5100

## PATIENT AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

I, __Jaun Querubin__, hereby authorize __Palm Beach Gardens__ _(illegible)_ its agents, employees and associates, to release the protected health information that is described below, to GLINN SOMERA & SILVA, SOMERA SILVA BUILDING, 212 N. FEDERAL HIGHWAY, DEERFILED BEACH, FL 33441.

The protected health information released herein is specifically as follows: full and complete copies of my entire file, including but not limited to all records, medical reports, radiology reports and films, lab reports, reports of consulting physicians, telephone messages, and any other information which may be requested by the law firm of GLINN SOMERA & SILVA with respect to all medical treatment rendered. Said law firm has been retained to represent me in connection with a claim, and to take all necessary steps to secure the collection thereof. This protected health information is to be used as part of their representation.

This release may be revoked by a signed and properly dated written revocation, delivered to the healthcare provider, provided that this release cannot be revoked as to protected health information that had been previously released in reliance on this document.

I understand that a refusal to sign this form will not result in a denial of health care by the hospital, doctor, or any other healthcare provider, and that this release has not been coerced by a health care entity or any of its business associates.

I understand that once the PHI is disclosed, it may be re-disclosed to individuals or organizations that are not subject to the federal privacy regulations such as expert witnesses, litigants, insurance companies and even may become public record if filed with a court of law.

This authorization will expire __12/4/09__.

Dated this __4th__ day of __December__, 200__8__.

X __[signature]__
(Patient) or Personal Representative
(If PR, authority is: _____)

Patient's Date of Birth: __10/02/1976__

Patient's Social Security No. __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__

# STATEMENT

876908-01
PALM BEACH COUNTY FIRE RESCUE A0663
% FIRST UNION BANK               A0663
PO BOX 862036
ORLANDO, FL 32886     32886

DATE | 12/11/08
ACCOUNT NUMBER | 876908-01

OUR TOLL FREE PHONE NUMBER IS   1-866-622-5104
PLEASE DIAL NUMBER AS SHOWN

AMOUNT PAID $ _____

MAKE CHECKS PAYABLE IN U.S. DOLLARS TO:

JUAN QUERBIN
1205 CRYSTAL WY
DELRAY BEACH, FL 33444

PALM BEACH COUNTY FIRE RESCUE
% FIRST UNION BANK
PO BOX 862036
ORLANDO, FL 32886     32886

PATIENT NAME: JUAN QUERBIN
PHONE NUMBER:

TRANSPORTED TO: PALM BCH GARDENS MEDICAL

| DATE | DESCRIPTION OF SERVICE | CHARGES | PAYMENTS |
|---|---|---|---|
| 9/21/08 | FIRE RESCUE TRANSPORT<br>MILEAGE CHARGE       1.0 @ $  8.50 | 470.00<br>8.50 | |

PAY THIS AMOUNT | 478.50

***IMPORTANCE NOTICE***
IN ORDER FOR YOUR INSURANCE TO BE BILLED PLEASE PROVIDE THE REQUIRED INFORMATION
REQUESTED ON THE REVERSE SIDE OF THE FORM AND SIGN THE TOP PORTION.

IF THERE IS ANY PROBLEM REGARDING THE PAYMENT OF THIS BILL, CONTACT OUR   TOLL FREE
OFFICE AT ( 1-866-622-5104      ) WITHIN 5 DAYS TO MAKE ARRANGEMENTS PHONE NUMBER   ACCOUNT NUMBER | 876908-01
PLEASE SHOW ACCOUNT NUMBER ON ALL CHECKS.
ZZ