# Exhibit 2



**HealthPort**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

# HealthPort
## INVOICE

Invoice #: 0052085523
Date: 12/20/2008
Customer #: 1296200

**Ship to:**
D R VILLAVICENCIO
GLINN SOMERA AND SILVA
212 N FEDERAL HWY
SOMERA SILVA BUILDING
DEERFIELD BEACH, FL 33441-

**Bill to:**
D R VILLAVICENCIO
GLINN SOMERA AND SILVA
212 N FEDERAL HWY
SOMERA SILVA BUILDING
DEERFIELD BEACH, FL 33441-

**Records from:**
ADVANCED DATA PROCESSING INC
520 NW 165TH STREET SUITE 201
MIAMI, FL 33169

Requested By: GLINN SOMERA AND SILVA
Patient Name: MIRIZIO, VINCENT

SSN: *****0255
DOB: 033050

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 4.00 |
| Retrieval Fee | | | 1.00 |
| Per Page Copy (Paper) 1 | 1 | 1.00 | 1.00 |
| QuickView Delivery Fee | | | 2.00 |
| Subtotal | | | 8.00 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 8.00 |
| Less Payment | | | 8.00 |
| Balance Due | | | 0.00 |

Pay your invoice online at www.HealthPortPay.com

Terms: Net 30 days

---

HealthPort
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

Invoice #: 0052085523

Check # _____
Payment Amount $ _____

**Please return stub with payment.**
Please include invoice number on check.
To pay invoice online, please go to www.HealthPortPay.com or call (770) 754 6000.

TRIAL LAWYERS

FRANKLYN D. GLINN
PETER J. SOMERA, JR.
PAUL M. SILVA, M.D., J.D.
JUSTIN R. BENNETT, J.D., LL.M.

CHIEF INVESTIGATORS
JOSEPH A. SARAKINIS
MICHAEL J. SICHENZIA

# GLINN SOMERA & SILVA

SINCE 1969

SOMERA SILVA BUILDING
212 N. FEDERAL HIGHWAY
DEERFIELD BEACH, FL 33441

TEL  954.426.5663
FAX  954.426.6646
MIAMI OFFICE  305.854.5100

## PATIENT AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

I, __Vincent Mirizio__, hereby authorize __Pompano Beach Hr Rescue__, its agents, employees and associates, to release the protected health information that is described below, to GLINN SOMERA & SILVA, SOMERA SILVA BUILDING, 212 N. FEDERAL HIGHWAY, DEERFIELD BEACH, FL 33441.

The protected health information released herein is specifically as follows: full and complete copies of my entire file, including but not limited to all records, medical reports, radiology reports and films, lab reports, reports of consulting physicians, telephone messages, and any other information which may be requested by the law firm of GLINN SOMERA & SILVA with respect to all medical treatment rendered. Said law firm has been retained to represent me in connection with a claim, and to take all necessary steps to secure the collection thereof. This protected health information is to be used as part of their representation.

This release may be revoked by a signed and properly dated written revocation, delivered to the healthcare provider, provided that this release cannot be revoked as to protected health information that had been previously released in reliance on this document.

I understand that a refusal to sign this form will not result in a denial of health care by the hospital, doctor, or any other healthcare provider, and that this release has not been coerced by a health care entity or any of its business associates.

I understand that once the PHI is disclosed, it may be re-disclosed to individuals or organizations that are not subject to the federal privacy regulations such as expert witnesses, litigants, insurance companies and even may become public record if filed with a court of law.

This authorization will expire __November 26, 2009__

Dated this __26__ day of __November__, 2008

Patient or Personal Representative
(If PR, authority is: _____)

Patient's Date of Birth: __03/30/1950__

Patient's Social Security No. __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__

# STATEMENT

815980-01

CITY OF POMPANO BEACH-EMS  
PO BOX 551094  
TAMPA, FL 33655      33655

A0657

DATE: 12/04/08  
ACCOUNT NUMBER: 815980-01

OUR TOLL FREE PHONE NUMBER IS  
PLEASE DIAL NUMBER AS SHOWN

1-866-622-5107

AMOUNT PAID $ _____

MAKE CHECKS PAYABLE IN U.S. DOLLARS TO:

VINCENT MIRIZIO  
705 N SANTA CATALINA CIRCLE  
N LAUDERDALE, FL 33068

CITY OF POMPANO BEACH-EMS  
PO BOX 551094  
TAMPA, FL 33655      33655

PATIENT NAME: VINCENT MIRIZIO  
PHONE NUMBER:

TRANSPORTED TO: N BROWARD MED CENTER

| DATE | DESCRIPTION OF SERVICE | CHARGES | PAYMENTS |
|---|---|---|---|
| 8/29/08 | FIRE RESCUE TRANSPORT | 750.00 | |
| | MILEAGE CHARGE   5.0 @ $ 10.00 | 50.00 | |

PAY THIS AMOUNT: 800.00

\*\*\* IMPORTANCE NOTICE \*\*\*  
IN ORDER FOR YOUR INSURANCE TO BE BILLED PLEASE PROVIDE THE REQUIRED INFORMATION REQUESTED ON THE REVERSE SIDE OF THE FORM AND SIGN THE TOP PORTION.

IF THERE IS ANY PROBLEM REGARDING THE PAYMENT OF THIS BILL, CONTACT OUR TOLL FREE OFFICE AT ( 1-866-622-5107 ) WITHIN 5 DAYS TO MAKE ARRANGEMENTS. PHONE NUMBER  
PLEASE SHOW ACCOUNT NUMBER ON ALL CHECKS.

ACCOUNT NUMBER: 815980-01