

HealthPort
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

 **HealthPort.**
**INVOICE**

Invoice #: 0046359201
Date: 03/21/2008
Customer #: 1296200

**Ship to:**
PETER J SOMERA JR
GLINN SOMERA AND SILVA
212 N FEDERAL HWY
DEERFIELD BEACH, FL 33441

**Bill to:**
PETER J SOMERA JR
GLINN SOMERA AND SILVA
212 N FEDERAL HWY
DEERFIELD BEACH, FL 33441

**Records from:**
JACKSON NORTH MEDICAL CENTER
160 N W 170TH STREET
NORTH MIAMI BEACH, FL 33169

**Requested By:** GLINN SOMERA AND SILVA
**Patient Name:** DAVIS CHERYL
**DOB:** 031055
**SSN:** *****9223

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 10.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 37 | 1.00 | 37.00 |
| Shipping/Handling | | | 1.99 |
| Subtotal | | | 48.99 |
| Sales Tax | | | 2.94 |
| Invoice Total | | | 51.93 |
| Balance Due | | | 51.93 |

Pay your invoice online at www.HealthPortPay.com

Terms: Net 30 days          Please remit this amount : $ 51.93 (USD)

- - - - - - - - - - - - - - - - - - - - - - - - - ✂ - - - - - - - - - - - - - - - - - - - - - - - - -

HealthPort
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

Invoice #: 0046359201

Check # _____
Payment Amount $_____

**Please return stub with payment.**
Please include invoice number on check.
To pay invoice online, please go to www.HealthPortPay.com or call (770) 754 6000.



**GLINN SOMERA & SILVA**  
OPERATING ACCOUNT  
SOMERA SILVA BUILDING  
212 NORTH FEDERAL HWY  
DEERFIELD BEACH, FL 33441  
(954) 426-5553

WACHOVIA BANK, NA  
BR #09604  
BOCA RATON, FL 33486  
63-643/670

7272

4/4/2008

Pay to the Order of HealthPort    $ 51.93

Fifty-One & 93/100 Dollars

HealthPort  
PO Box 409740  
Atlanta, Georgia 30384-9740

VOID AFTER 90 DAYS

memo  2406-001 - Davis, C. - Inv# 0046359201

⑈007272⑈ ⑆067006432⑆ 20000210937⑈

---

GLINN SOMERA & SILVA  OPERATING ACCOUNT                    7272

4/4/2008     HealthPort

| Invoice Date | Invoice No. | Description | Matter ID | Amount |
|---|---|---|---|---|
| 4/3/2008 | | 2406-001 - Davis, C. - Inv# 0046359201 | 2406-001 | 51.93 |

---

GLINN SOMERA & SILVA  OPERATING ACCOUNT                    7272

4/4/2008     HealthPort

| Invoice Date | Invoice No. | Description | Matter ID | Amount |
|---|---|---|---|---|
| 4/3/2008 | | 2406-001 - Davis, C. - Inv# 0046359201 | 2406-001 | 51.93 |

**PAYMENT RECORD**

TRIAL LAWYERS

FRANKLYN B. GLINN
PETER J. SOMERA JR.
PAUL M. SILVA, M.D., J.D.
JUSTIN B. BENNETT, J.D., LL.M.

CHIEF INVESTIGATORS
JOSEPH A. SARAKINIS

# GLINN SOMERA & SILVA
___SINCE 1969___

SOMERA SILVA BUILDING
212 N. FEDERAL HIGHWAY
DEERFIELD BEACH, FL 33441

TEL      954.426.5553
FAX      954.426.6646
MIAMI OFFICE  305.854.5100

January 4, 2008

Jackson North Medical Center
c/o Mr. Walter Harrell
160 NW 170th Street
North Miami Beach, FL 33169
Attn: Records Custodian

RE :  Your Patient:     **Cheryl Davis**
      D.O.B.:           **3/10/07**
      S.S. No.:         **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**
      Date of Service:  **Any and All**
      Our File No.:     **2406-001**

Dear Sir or Madam:

Please be advised that this office represents **Cheryl Davis.**

Pursuant to the enclosed medical authorization signed by our client, and to Florida Statute 395.3025 and 766.204, demand is hereby made for the complete hospital records, including but not limited to: all emergency room records, triage log, admission/discharge summaries, doctors' orders and reports, all EKG and rhythm strips, consent forms signed by patient or patient's authorized representative, and all other records, reports, notes, memoranda, photographs, video tapes, X-Rays, bills, etc., on your patient.

Copies of this information shall be furnished to the undersigned, immediately, **but in no event more than ten (10) days.** This information shall not be supplied to any other person or organization unless you receive a subpoena from them or unless you are authorized by your patient to furnish said information to such person or organization.

**BEFORE COPYING THE RECORDS, PLEASE CONTACT MY OFFICE TO ADVISE THE NUMBER OF PAGES AND THE COST OF THESE RECORDS.**

Very truly yours,

PETER J. SOMERA, JR.

PJS/mcs
ENC.

TRIAL LAWYERS

# GLINN SOMERA & SILVA

SINCE 1969

*FRANKLYN B. GLINN
*PETER J. SOMERA, JR.
*PAUL M. SILVA, M.D., J.D.
ERNESTO F. CESPEDES, J.D., L.L.M.

SOMERA SILVA BUILDING
212 N. FEDERAL HIGHWAY
DEERFIELD BEACH, FLORIDA 33441
TELEPHONE (954) 426-5553
FACSIMILE (954) 426-6646

MIAMI OFFICE TELEPHONE
(305) 854-5100

*Shareholders

## PATIENT AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

I, _CHERYL YVETTE DAVIS_, hereby authorize _Jackson North Medical Centers_ its agents, employees and associates, to release the protected health information that is described below, to GLINN SOMERA & SILVA, SOMERA SILVA BUILDING, 212 N. FEDERAL HIGHWAY, DEERFILED BEACH, FL 33441.

The protected health information released herein is specifically as follows: full and complete copies of my entire file, including but not limited to all records, medical reports, radiology reports and films, lab reports, reports of consulting physicians, telephone messages, and any other information which may be requested by the law firm of GLINN SOMERA & SILVA with respect to all medical treatment rendered. Said law firm has been retained to represent me in connection with a claim, and to take all necessary steps to secure the collection thereof. This protected health information is to be used as part of their representation.

This release may be revoked by a signed and properly dated written revocation, delivered to the healthcare provider, provided that this release cannot be revoked as to protected health information that had been previously released in reliance on this document.

I understand that a refusal to sign this form will not result in a denial of health care by the hospital, doctor, or any other healthcare provider, and that this release has not been coerced by a health care entity or any of its business associates.

I understand that once the PHI is disclosed, it may be re-disclosed to individuals or organizations that are not subject to the federal privacy regulations such as expert witnesses, litigants, insurance companies and even may become public record if filed with a court of law.

This authorization will expire _1-4-09_.

Dated this _4th_ day of _January_, 200_8_.

_Cheryl Yvette Davis_
Patient or Personal Representative
(If PR, authority is: _____)

Patient's Date of Birth: _March - 10 - 1955_

Patient's Social Security No. _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_