# Exhibit 4

| HealthPort |  | Invoice #: 0054540066 |
| P.O. Box 409740 | **INVOICE** | Date: 03/19/2009 |
| Atlanta, Georgia 30384-9740 | | Customer #: 1296200 |
| Fed Tax ID 58 - 2659941 | | |
| (770) 754 - 6000 | | |

| Ship to: | Bill to: | Records from: |
|---|---|---|
| PETER J SOMERA | PETER J SOMERA | NORTHWEST MEDICAL CENTER |
| GLINN SOMERA AND SILVA | GLINN SOMERA AND SILVA | 2801 N STATE RD 7 |
| 212 N FEDERAL HWY | 212 N FEDERAL HWY | POMPANO BEACH, FL 33063 |
| SOMERA SILVA BUILDING | SOMERA SILVA BUILDING | |
| DEERFIELD BEACH, FL 33441- | DEERFIELD BEACH, FL 33441- | |

Requested By: GLINN SOMERS AND SILVA   DOB: 083048
Patient Name: CASTILLA ROSA   SSN: *****1020

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 1.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 21 | 1.00 | 21.00 |
| QuickView Delivery Fee | | | 2.00 |
| Subtotal | | | 24.00 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 24.00 |
| Less Payment | | | -24.00 |
| Balance Due | | | 0.00 |

Pay your invoice online at www.HealthPortPay.com

Terms: Net 30 days

---- ✂ ----

HealthPort
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

| Invoice #: 0054540066 |
|---|
| Check # _____ |
| Payment Amount $_____ |

**Please return stub with payment.**
Please include invoice number on check.
To pay invoice online, please go to www.HealthPortPay.com or call (770) 754 6000.

GLINN SOMERA & SILVA
OPERATING ACCOUNT
SOMERA SILVA BUILDING
212 N. Federal Hwy
Deerfield Beach, FL 33441
954-426-5553

Wachovia
Wachovia Bank, N.A.
wachovia.com
63-643/670

09513

3/16/2009

PAY TO THE ORDER OF: HealthPort    $ 24.00

Twenty-Four & No/100 Dollars _____ DOLLARS

HealthPort
PO Box 409740
Atlanta, Georgia 30384-9740

VOID AFTER 90 DAYS

MEMO 3106-001 - Castilla, Rosa / Inv# 0054540066

AUTHORIZED SIGNATURE

⑨009513⑨ ⑩067006432⑩ 20000210937764⑨

---

GLINN SOMERA & SILVA  OPERATING ACCOUNT SOMERA SILVA BUILDING          09513

3/16/2009     HealthPort

| Invoice Date | Invoice No. | Description | Matter ID | Amount |
|---|---|---|---|---|
| 3/4/2009 | | 3106-001 - Castilla, Rosa / Inv# | 3106-001 | 24.00 |

GLINN SOMERA & SILVA  OPERATING ACCOUNT SOMERA SILVA BUILDING          09513

3/16/2009     HealthPort

| Invoice Date | Invoice No. | Description | Matter ID | Amount |
|---|---|---|---|---|
| 3/4/2009 | | 3106-001 - Castilla, Rosa / Inv# | 3106-001 | 24.00 |

LMP12    M/P CHECK

| | | | |
|---|---|---|---|
| HealthPort<br>P.O. Box 409740<br>Atlanta, Georgia 30384-9740<br>Fed Tax ID 58 - 2659941<br>(770) 754 - 6000 | **HealthPort**<br>INVOICE | Invoice #: 0054540066<br>Date: 03/06/2009<br>Customer #: 1296200 | |

**Ship to:**
PETER J SOMERA
GLINN SOMERA AND SILVA
212 N FEDERAL HWY
SOMERA SILVA BUILDING
DEERFIELD BEACH, FL 33441-

**Bill to:**
PETER J SOMERA
GLINN SOMERA AND SILVA
212 N FEDERAL HWY
SOMERA SILVA BUILDING
DEERFIELD BEACH, FL 33441-

**Records from:**
NORTHWEST MEDICAL CENTER
2801 N STATE RD 7
POMPANO BEACH, FL 33063

**Requested By:** GLINN SOMERS AND SILVA     **DOB:** 083048
**Patient Name:** CASTILLA ROSA              **SSN:** *****1020

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Your request for copies of medical records has been processed. Full payment in advance is required and must be received within 30 days of the receipt of this invoice, before your copies will be released. Promptly return the bottom portion of this invoice along with a check for the balance due. To expedite the request or to pay by credit card, please call 770-754-6000.<br>**FULL PAYMENT REQUIRED PRIOR TO RELEASE OF RECORDS** | | | |
| Basic Fee | | | 1.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 21 | 1.00 | 21.00 |
| QuickView Delivery Fee | | | 2.00 |
| Subtotal | | | 24.00 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 24.00 |
| Balance Due | | | 24.00 |

Pay your invoice online at www.HealthPortPay.com

**Please remit this amount : $ 24.00 (USD)**

---

HealthPort
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

Invoice #: 0054540066

Check # _____
Payment Amount $ _____

**Please return stub with payment.**
Please include invoice number on check.
To pay invoice online, please go to www.HealthPortPay.com or call (770) 754 6000.

TRIAL LAWYERS
FRANKLYN B. GLINN
PETER J. SOMERA JR.
PAUL M. SILVA, M.D., J.D.

JUSTIN B. BENNETT, J.D., LL.M.
MICHAEL R. AMEZAGA

CHIEF INVESTIGATOR
JOSEPH A. SARAKINIS

# GLINN SOMERA & SILVA

*SINCE 1969*



SOMERA SILVA BUILDING
212 N. FEDERAL HIGHWAY
DEERFIELD BEACH, FL 33441

TEL    954.426.5553
FAX    954.426.6646
MIAMI OFFICE  305.854.5100

February 24, 2009

Northwest Medical Center
2801 North State Rd. 7
Margate, FL 33063
Attn: Medical Records

RE: Your Patient:  **Rosa Castilla**
    D.O.B.:  **8/30/1948**
    S.S. No.:  **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**
    Date of Service:  **December 22, 2008**
    Date of Loss:  **December 22, 2008**
    Our File No.:  **3106-001**

Dear Madam/Sir:

Please be advised that this office represents **Rosa Castilla**.

Pursuant to the enclosed medical authorization signed by our client, and to Florida Statute 395.3025 and 766.204, demand is hereby made for the complete hospital records, including but not limited to: all emergency room records, triage log, admission/discharge summaries, doctors' orders and reports, all EKG and rhythm strips, consent forms signed by patient or patient's authorized representative, and all other records, reports, notes, memoranda, photographs, video tapes, X-Rays, bills, etc., on your patient.

Copies of this information shall be furnished to the undersigned, immediately, **but in no event more than ten (10) days**. This information shall not be supplied to any other person or organization unless you receive a subpoena from them or unless you are authorized by your patient to furnish said information to such person or organization.

**BEFORE COPYING THE RECORDS, PLEASE CONTACT MY OFFICE TO ADVISE THE NUMBER OF PAGES AND THE COST OF THESE RECORDS.**

Very truly yours,

PETER J. SOMERA, JR.
PAUL M. SILVA, M.D., J.D.

PJS/PMS/dv
ENC.

TRIAL LAWYERS

FRANKLYN B. GLINN
PETER J. SOMERA, JR.
PAUL M. SILVA, M.D., J.D.

JUSTIN B. BENNETT, J.D., LL.M.
MICHAEL F. AMEZAGA

CHIEF INVESTIGATOR:
JOSEPH A. SARAJUNIS

# GLINN SOMERA & SILVA

SINCE 1969

SOMERA SILVA BUILDING
212, N. FEDERAL HIGHWAY
DEERFIELD BEACH, FL 33441

TEL 954.426.5653
FAX 954.426.6646
MIAMI OFFICE 305.854.6100

## PATIENT AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

I, __Rosa Castilla__, hereby authorize __Northwest Medical Center__, its agents, employees and associates, to release the protected health information that is described below, to GLINN SOMERA & SILVA, SOMERA SILVA BUILDING, 212 N. FEDERAL HIGHWAY, DEERFILED BEACH, FL 33441.

The protected health information released herein is specifically as follows: full and complete copies of my entire file, including but not limited to all records, medical reports, radiology reports and films, lab reports, reports of consulting physicians, telephone messages, and any other information which may be requested by the law firm of GLINN SOMERA & SILVA with respect to all medical treatment rendered. Said law firm has been retained to represent me in connection with a claim, and to take all necessary steps to secure the collection thereof. This protected health information is to be used as part of their representation.

This release may be revoked by a signed and properly dated written revocation, delivered to the healthcare provider, provided that this release cannot be revoked as to protected health information that had been previously released in reliance on this document.

I understand that a refusal to sign this form will not result in a denial of health care by the hospital, doctor, or any other healthcare provider, and that this release has not been coerced by a health care entity or any of its business associates.

I understand that once the PHI is disclosed, it may be re-disclosed to individuals or organizations that are not subject to the federal privacy regulations such as expert witnesses, litigants, insurance companies and even may become public record if filed with a court of law.

This authorization will expire __February 24, 2010__

Dated this __24__ day of __February__, 200__9__.

X __Rosa R. Castillo__
Patient or Personal Representative
(If PR, authority is: _____)

Patient's Date of Birth: __8/30/1948__

Patient's Social Security No. __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__