UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

JUAN QUERUBIN, VINCENT
MIRIZIO, CHERYL DAVIS, and
ROSA CASTILLA, individually
and on behalf of all others         **CASE NO:  09-CV-21321-UNGARO**
similarly situated,

    Plaintiffs,

                                          **CLASS ACTION**

vs.

HEALTHPORT INCORPORATED, and
HEALTHPORT TECHNOLOGIES, LLC.,
Both d/b/a HEALTHPORT,

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs, Juan Querubin, Vincent Mirizio, Cheryl Davis, and Rosa Castilla, pursuant to Rule 41(a)(1)(A), of the Federal Rules of Civil Procedure, hereby dismiss this action, without prejudice.

CASE NO:  09-CV-21321-UNGARO

Respectfully submitted this 3rd day of August, 2009.

| | |
|---|---|
| GLINN SOMERA & SILVA | /s/Adam M. Moskowitz |
| Paul M. Silva, Esq. | Adam M. Moskowitz, Esq. |
| Florida Bar No. 319820 | Florida Bar No. 984280 |
| Peter J. Somera, Esq. | KOZYAK TROPIN & |
| Florida Bar No. 54267 |   THROCKMORTON, P.A. |
| Somera Silva Building | 2525 Ponce de Leon, 9th Floor |
| 212 N. Federal Highway | Coral Gables, Florida 33134 |
| Deerfield Beach, Florida 33441 | Tel.: 305-372-1800/Fax: 305-372-3508 |
| T: (954) 426-5553 / F: (954) 426-6646 | |
| | |
| SEARCY DENNEY SCAROLA BARNHART | COUNSEL FOR PLAINTIFFS |
| & SHIPLEY, PA | |
| John Scarola, Esq. | |
| Florida Bar No. 169440 | |
| William B. King, Esq. | |
| Florida Bar No. 181773 | |
| 2139 Palm Beach Lakes Blvd. 33409-6601 | |
| West Palm Beach, Florida | |
| T: (561) 686-6300 / F. (561) 684-5816 | |

**CERTIFICATE OF SERVICE**

     I hereby certify that a true copy of the foregoing has been served via transmission of Notices of Electronic Filing generated by CM/ECF  on August 3, 2009  and was filed with the Clerk of the Court using CM/ECF.

                                /s/Adam M. Moskowitz

303868